UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALEJANDRO GAMEZ,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>FERNANDO GONZALEZ,<br><br>　　　　　　Respondent.<br>_____/ | 1:08-cv-00582-LJO-GSA (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   May 27, 2008**　　　　　　　　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE